## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17 CV 54

| | | |
|---|---|---|
| **CECELIA D. WALTON,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER** |
| **v** | ) | |
| | ) | |
| **N.C. DEPARTMENT OF COMMERCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** came before the undersigned upon a document filed by the pro se Plaintiff entitled "Declaration in Support of Complaint" (#10). The filing of a pleading titled as such is not provided for under the Federal Rules of Civil Procedure. It may be that the pro se Plaintiff intends to present an amended complaint as provided by Rule 15 of the Federal Rules of Civil Procedure, but it impossible for the undersigned to determine from the pleading filed by the pro se Plaintiff that such is, in fact, the case. As a result, the undersigned will enter an order striking the "Declaration in Support of Complaint" (#10) from the record in this matter. The Court advises the pro se Plaintiff that she should consult either counsel or review the Federal Rules of Civil Procedure in regard to further pleadings in this matter.

1

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the document entitled "Declaration in Support of Complaint" (#10) is hereby **ORDERED** to be removed from the pleadings in this matter. The pro se Plaintiff is further **ORDERED** and directed to consult with either counsel or the Federal Rules of Civil Procedure regarding the filing of pleadings.

Signed: May 4, 2017

Dennis L. Howell
United States Magistrate Judge