# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:17cv54

| | |
|---|---|
| CECELIA D. WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NC DEPARTMENT OF COMMERCE, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is Defendant's Motion for Extension of Time to Answer [# 18]. For good cause shown, the Court **GRANTS** the motion [# 18]. Defendant shall have until July 28, 2017, to answer or otherwise respond to the Amended Complaint. The Court also **DENIES as moot** the Motion to Dismiss [# 12].

Signed: June 30, 2017

Dennis L. Howell
United States Magistrate Judge



SEALED DOCUMENT with access to Specified Parties/Plaintiff.

1